IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

Peter Holmes
_____

**Name of Plaintiff(s)**

v.

David Desmond, Et, al
Timothy Mahoney

**Name of Defendant(s)**

Civil Case No. _____

Judge _____

(Number and Judge to be assigned by court)

**FILED**
HARRISBURG, PA
JAN 22 2001
MARY E. D'ANDREA, CLERK
Per _____

## APPLICATION TO PROCEED IN FORMA PAUPERIS

**PLEASE READ CAREFULLY AND FULLY COMPLETE EACH SECTION.**

1. ✓ I am willing to pursue my claims in this action under the provisions of The Prison Litigation Reform Act, understand that pursuing my claim requires payment of a partial filing and deduction of sums from my prison account when funds ex until the filing fee of $150.00 has been paid in full.

2. ✓ I have enclosed an executed Authorization form which auth the Institution holding me in custody to transmit to the C a certified copy of my trust account for the past six (6) months as well as payments from the account in the amount specified by 28 U.S.C. §1915(b).

3. Have you, prior to the filing of the complaint in this action and a prisoner as that term is defined in 28 U.S.C. § 1915(h), brough more actions or appeals in a court of the United States that were dismissed as frivolous, malicious, or for failure to state a clai which relief may be granted?   Yes ____   No ✓

   (a) If the answer is "yes," are you now seeking relief because y are under imminent danger of serious physical injury?

(b) Please explain in detail why you are under imminent danger of serious physical injury:

_____

_____

_____

4. (a) Are you presently employed at the Institution? Yes ____ No

(b) If yes, what is your monthly compensation? $_____

5. Do you own any cash or other property; have a bank account; or re money from any source? Yes ____ No ✓

If the answer is "yes" to any of the above, describe each source the amount involved.

_____

_____

_____

_____

I certify under penalty of perjury that the foregoing is true and corr

Executed on  1-18-01
              (Date)

                               Peter Holmes
                               (Signature of Plaintiff)

This certification is executed pursuant to Title 28, United States Cod Section 1746.