

:STRICT COURT
)F PENNSYLVANIA

: Civil Action No. 1:01-cv-00135

:

:                    **FILED**
                  HARRISBURG, PA

                    JAN 2 5 2001

                MARY E. D'ANDREA, CLERK
'E ORDER        Per_____

has initiated a civil complaint in the

·ict of Pennsylvania. The filing fee

n Reform Act and Standing Order No.

arden of the institution where this

rnish the court and the inmate with a

for the past six months of the prisoner's

ional equivalent). The Superintendent/Warden

the prisoner's account, in monthly

fee.

ailable in the inmate's prison account, the Superintendent/Warden shall submit an initial partial payment of 20 percent of the greater of:

(1) the average monthly deposits to the inmate's prison account for the past six months, or

(2) the average monthly balance in the inmate's prison account for the past six months.

The remittance must be accompanied by a statement of the calculations used to arrive at the amount, a copy of which you shall furnish to the inmate.

After the initial payment, if there remains any unpaid fee due and